IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLETE REO HART,

      Plaintiff,                    No. CIV S-05-1680 DFL JFM P

    vs.

DR. MORGENSTERN, et al.,

      Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 31, 2005, plaintiff was directed to submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. Since that time, plaintiff has filed two letters in which he contends that he is being denied access to the forms necessary to comply with the court's order. Good cause appearing, the court will extend by sixty days the deadline for complying with the August 31, 2005 order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff is granted sixty days from the date of this order to comply with the court's August 31, 2005 order; and

/////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
hart1680.36